AO 247 (Rev. 11/11:CASD 05/15) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Southern District of California

| United States of America | ) |
| v. | ) |
| Alfredo Nuno | ) Case No: 17-CR-1231-JES |
| | ) USM No: |
| Date of Original Judgment: 01/18/2018 | ) |
| Date of Previous Amended Judgment: | ) Pro Se |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Defendant requests a reduction based on his status as a zero point offender pursuant to USSG Section 4C1.1 that was enacted on November 1, 2023. Defendant is ineligible for any reduction based on a zero point offender status, because he had two criminal history points at the time of sentencing.

Except as otherwise provided, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 04/18/2024

*Judge's signature*

Effective Date: _____

The Honorable James E. Simmons, Jr., US District Judge
*(if different from order date)*   *Printed name and title*